IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSHUA GALLOWAY,

    Plaintiff,

v.                                      Civil Action No. 3:12CV326

ARAMARK, et al.,

    Defendants.

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is hereby ordered that:

1. Galloway's objections are overruled;

2. The Report and Recommendation is accepted and adopted; and,

3. The action is dismissed.

Should Galloway desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send the Memorandum Opinion and Order to Galloway.

And it is so ORDERED.

                                              /s/
                                  Robert E. Payne

Date: April 10, 2014
Richmond, Virginia         Senior United States District Judge